IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONTARIAN WRIGHT,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                CASE NO. 1D17-1026

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed June 6, 2017.

Petition for Belated Appeal -- Original Jurisdiction

Rontarian Wright, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.

WETHERELL, RAY, and MAKAR, JJ., CONCUR.